IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-04019-01-CR-C-BCW |
| ) | |
| ROBERT LEE GARDNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 25, 2018, a hearing as to Defendant Gardner's competency was held before Magistrate Judge Willie J. Epps, Jr. Defendant appeared in person and represented by counsel, Frederick Duchardt, Jr. Assistant United States Attorney Jim Lynn appeared for the Government. Both parties stipulated to the psychiatric evaluation reports prepared by Dr. Wisner and Dr. Stanislaus. Both Dr. Wisner and Dr. Stanislaus opined that defendant Robert Lee Gardner does not appear to suffer from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. Therefore, after an independent review of the record and the applicable law, it is hereby

ORDERED that the Court adopts Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation finding the defendant competent to stand trial and to assist in his defense. It is further

ORDERED that the Magistrate's Report and Recommendation (Doc. #78) be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: January 2, 2019          /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT